UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                 Case No. 2:20-cr-00040

vs.

MARCUS LUSHOUND DENNIS,         District Judge Michael J. Newman

    Defendant.

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

Pursuant to the record set forth in open court on September 13, 2021, the Defendant appeared with Counsel, and entered an admission to the violation of supervised release as alleged by the U.S. Probation Department in the Petition filed February 2, 2021. The Court accepted the admission and found the Defendant had violated the condition of his supervised release as alleged and proceeded immediately to sentencing.  The Court **ORDERED**:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty-six (36) months to run concurrent to Case No. 3:20-cr-32. The sentence will not be followed by any period of supervised release.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated.

The Court explained to the Defendant his right of appeal, and Defendant indicated his understanding of same. The Defendant is remanded to the custody of the U.S. Marshal.

**IT IS SO ORDERED.**

Date:   September 14, 2021                          *s/Michael J. Newman*
                                                                         Michael J. Newman
                                                                          United States District Judge